| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | John G. Choi |
| Debtor 2 | |
| United States Bankruptcy Court for the: District of South Carolina | |
| Case number : | 20-04039-jw |

Official Form 410S1

# Amended Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Name of creditor: | Nationstar Mortgage LLC d/b/a Mr. Cooper | Court claim no. (if known): | 9 |
| Last 4 digits of any number you use to identify the debtor's account: | 4730 | Date of payment change: Must be at least 21 days after date of this notice | 11/01/2021 |
| | | New total payment: Principal, interest, and escrow, if any | $771.93 |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $337.11          New escrow payment: $360.50

## Part : 2  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                    New interest rate:
   Current Principal and interest payment:   New principal and interest payment:

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [ ] No

   [X] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change:    MI Cancellation
   Current mortgage payment: $890.25          New mortgage payment: $771.93

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  John G. Choi
　　　　　First Name　　Middle Name　　Last Name

Case number (if known)   20-04039-jw

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mary Vitartas
Signature

Date  11/10/2021

| | | | |
|---|---|---|---|
| Print: | Mary Vitartas | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

\* Per the attached correspondence, the new payment was effective 11/01/2021. Creditor recognizes that notice of the new payment amount is untimely under Rule 3002.1.  Creditor is filing this notice of payment change to substantially comply with Bankruptcy Rule 3002.1. Since the monthly mortgage payment decreased, it is assumed minimal harm, if any, will be caused by the delay in filing this notice. Any overpayment of funds resulting from the delayed notice can be returned to the debtor or trustee upon request.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __10th__ day of November, 2021.

/S/ Mary Vitartas

_____
MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 20-04039-jw)

Debtor
John G Choi
855 Bibury Ct
Charleston, SC 29414

Attorney
Sean P. Markham
Markham Law Firm, LLC
PO Box 20074
Charleston, SC 29413-0074

Trustee
James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

US Trustee
US Trustee`s Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

**mr. cooper®**
RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 619080
8801 Postal Road
Cleveland, OH 44181
CHANGING THE FACE OF HOME LOANS

08/31/2021

OUR INFO
ONLINE
www.mrcooper.com

YOUR INFO
CASE NUMBER
2004039

LOAN NUMBER

JOHN CHOI
855 BIBURY CT
CHARLESTON, SC 29414

PROPERTY ADDRESS
855 Bibury Court
CHARLESTON, SC 29414

Dear JOHN CHOI,

**Why am I receiving this letter?**
An annual escrow analysis was performed on the above referenced account.

**What do I need to know?**
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

**What do I need to do?**
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call us at 877-343-5602. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper
Bankruptcy Department

Enclosure: Annual Escrow Account Disclosure Statement

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

DAL

# mr. cooper
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## Escrow Account Disclosure Statement

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m. to 3 p.m. (ET)

JOHN CHOI
855 BIBURY CT
CHARLESTON, SC 29414

Your Loan Number: ███████
Statement Date: 08/31/2021

| | |
|---|---|
| **Why am I receiving this?** | Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | At this time, your Escrow Account has less money than needed and there is a shortage of $0.00. Due to this shortage and changes in your taxes and insurance premiums, your monthly escrow payment will increase by $23.39. Effective 11/01/2021, your new total monthly payment** will be $913.64. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $553.14 | $0.00 | $553.14 |
| ESCROW | $337.11 | $23.39 | $360.50 |
| **Total Payment** | **$890.25** | **$23.39** | **$913.64** |

*See below for shortage calculation*

**What is a Shortage?** A shortage is the difference between the **lowest projected balance** of your account for the coming year and your **minimum required balance**. To prevent a negative balance, the total annual shortage is divided by 12 months and added to your monthly escrow payment, as shown below.

| Minimum Required Balance | Lowest Projected Balance |
|---|---|
| $428.64 | $428.64 |

$0.00 / 12 = $0.00

*Please see the Coming Year Projections table on the back for more details*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| COUNTY TAX | $1,167.13 | $173.74 | $1,340.87 |
| FHA MIP INS | $1,754.16 | $0.00 | $1,754.16 |
| HAZARD SFR | $1,124.00 | $107.00 | $1,231.00 |
| **Annual Total** | **$4,045.29** | **$280.74** | **$4,326.03** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

**This Area Intentionally Left Blank**
This statement is for informational purposes only.

SHRT

The change in your escrow payment** may be based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received earlier or later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Paid earlier or later than expected | • Paid earlier or later than expected |
| | • Tax installment not paid | • Premium was not paid |
| | • Tax refund received | • Premium refund received |
| | • New tax escrow requirement paid | • New insurance escrow requirement paid |
| | | • Force placed insurance premium paid |

### Prior Year Account History and Coming Year Projections

This is a statement of the actual activity in your escrow account from 11/20 through 10/21. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $428.64 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $428.64 will be reached in April 2022. When subtracted from your minimum required balance of $428.64, an Escrow Shortage results in the amount of $0.00. These amounts are indicated with an arrow (<).

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Start | $1,527.41 | ($6,010.24) |
| 11/20 | $337.11 | $337.11 | $146.18 | $146.18* | FHAMIP INS | $1,718.34 | ($6,419.31) |
| 12/20 | $337.11 | $337.11 | $1,187.13 | $1,340.87* | COUNTY TAX | $868.32 | ($7,423.07) |
| 12/20 | $0.00 | $0.00 | $146.18 | $146.19* | FHAMIP INS | $742.14 | ($7,569.25) |
| 01/21 | $337.11 | $337.11 | $146.18 | $146.18* | FHAMIP INS | $933.07 | ($7,378.32) |
| 02/21 | $337.11 | $337.11 | $146.18 | $146.18* | FHAMIP INS | $1,124.00 | ($7,187.39) |
| 03/21 | $337.11 | $337.11 | $146.18 | $146.18* | FHAMIP INS | $1,314.93 | ($6,996.46) |
| 04/21 | $337.11 | $1,661.82 | $146.18 | $146.18* | FHAMIP INS | $1,505.86 | ($5,490.82) |
| 04/21 | $0.00 | $0.00 | $1,124.00 | $1,231.00* | HAZARD SFR | $381.86 | ($6,721.82) |
| 05/21 | $337.11 | $669.47 | $146.18 | $141.71* | FHAMIP INS | $572.79 | ($6,194.06) |
| 06/21 | $337.11 | $1,001.83 | $146.18 | $141.71* | FHAMIP INS | $763.72 | ($5,333.94) |
| 07/21 | $337.11 | $669.47 | $146.18 | $141.71* | FHAMIP INS | $954.65 | ($4,806.18) |
| 08/21 | $337.11 | $669.47 | $146.18 | $141.71* | FHAMIP INS | $1,145.58 | ($4,278.42) |
| 09/21 | $0.00 | $3,561.28E | $0.00 | $0.00 | Anticipated Payments 01/20-10/20 | $1,145.58 | ($717.14) |
| 09/21 | $0.00 | $0.00 | $146.18 | $146.18E  E | FHAMIP INS | $999.40 | ($863.32) |
| 09/21 | $337.11 | $337.11E | $0.00 | $0.00 | | $1,336.51 | ($526.21) |
| 10/21 | $337.11 | $337.11 | $146.18 | $146.18E  E | FHAMIP INS | $1,527.44 | ($335.28) |
| Total | $4,045.32 | $10,583.11 | $4,046.29 | $4,308.15 | Total | $1,527.44 | ($335.28) |

| Month | Projected Payment | | Projected Disbursement | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|
| | | | | | Start | ($335.28) | ($335.28) |
| 11/21 | $360.50 | | $146.18 | | FHAMIP INS | ($120.96) | ($120.96) |
| 11/21 | $2,049.87 | | $0.00 | | BK ADJ | $1,928.91 | $1,928.91 |
| 12/21 | $360.50 | | $1,340.87 | | COUNTY TAX | $948.54 | $948.54 |
| 12/21 | $0.00 | | $146.18 | | FHAMIP INS | $802.36 | $802.36 |
| 01/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,016.68 | $1,016.68 |
| 02/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,231.00 | $1,231.00 |
| 03/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,445.32 | $1,445.32 |
| 04/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,659.64 | $1,659.64 |
| 04/22 | $0.00 | | $1,231.00 | | HAZARD SFR | $428.64 | $428.64< |
| 05/22 | $360.50 | | $146.18 | | FHAMIP INS | $642.96 | $642.96 |
| 06/22 | $360.50 | | $146.18 | | FHAMIP INS | $857.28 | $857.28 |
| 07/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,071.60 | $1,071.60 |
| 08/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,285.92 | $1,285.92 |
| 09/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,500.24 | $1,500.24 |
| 10/22 | $360.50 | | $146.18 | | FHAMIP INS | $1,714.56 | $1,714.56 |
| Total | $6,375.87 | | $4,326.03 | | Total | $1,714.56 | $1,714.56 |

**Bankruptcy Adjustment**- The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Cosmin Mihai at 866-316-2432. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-04039-jw |
| | ) | Chapter 13 |
| John G Choi, | ) | |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2021, I served a copy of the Notice of Mortgage Payment Change and Certificate of Service on the below-listed parties, by depositing same in the United States Mail with sufficient first-class postage affixed and addressed as indicated below:

John G Choi
855 Bibury Ct
Charleston, SC 29414

Sean P. Markham, Esq.
Markham Law Firm, LLC
PO Box 20074
Charleston, SC 29413-0074

James M. Wyman, Trustee (via ECF)
PO Box 997
Mount Pleasant, SC 29465-0997

Lori Qualls, Paralegal to
MAGALIE A. CREECH
District Court ID No. 10871
Finkel Law Firm LLC
Post Office Box 1799
Columbia, South Carolina 29202
Phone (803) 765-2935
Fax (803) 973-0333
mcreech@finkellaw.com



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

10/28/2021

**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER

PROPERTY ADDRESS
**855 BIBURY COURT
CHARLESTON, SC 29414**

JOHN G CHOI
855 BIBURY COURT
CHARLESTON, SC 29414

# WELCOME TO A SMALLER PAYMENT.

*Your mortgage insurance (MIP) is no longer necessary.*

Dear JOHN CHOI:

Congratulations! You've done a great job increasing your home equity. As a result, you are no longer required to pay mortgage insurance premiums (MIP). So, we've removed this coverage for you.

From now on, your monthly MIP in the amount of $141.71 has been removed. You'll see a reduction in your monthly payment soon.

Here at Mr. Cooper, we love when our customers save money.

By the way, MIP is **NOT** the same as the property/casualty insurance, such as hazard insurance, which covers damage to your home. Removal of MIP does not affect any obligation you have for other types of insurance.

Have questions? Please call our Customer Service team at the number above. We're here to make your home loan experience less worrisome and more rewarding.

**You can also review your loan summary, account activity, escrow information and more by visiting us online at www.mrcooper.com.**

Sincerely,
Your Customer Service Team at Mr. Cooper

**GOOD NEWS:**
*We've removed mortgage insurance from your home loan.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY